**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Covington, et al., | No. CV-25-03271-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Barrett-Jackson Holdings LLC, | |
| Defendant. | |

The Court has reviewed Defendant Barrett-Jackson Holdings, LLC's Notice of Removal (Doc. 1) and subsequent Disclosure Statement (Doc. 9). The Notice of Removal asserts diversity jurisdiction under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d). (Doc. 1 at 2 ¶ 1.)

The Court has "an independent obligation to determine whether subject-matter jurisdiction exists." *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006). The removing party bears the burden of properly alleging the facts necessary to establish jurisdiction under CAFA. *Lewis v. Verizon Commc'ns, Inc.*, 627 F.3d 395, 399 (9th Cir. 2010).

Under CAFA, federal jurisdiction exists where there is minimal diversity, an aggregate amount in controversy exceeding $5,000,000, and at least 100 putative class members. § 1332(d)(2), (d)(5)(B). Minimal diversity is satisfied when "any member of a class of plaintiffs is a citizen of a State different from any defendant[.]" *Id.* § 1332(d)(2)(A). Even where the CAFA requirements are met, jurisdiction may be defeated if a CAFA exception applies. *See id.* § 1332(d)(3)-(4). To evaluate both minimal diversity and

1   potential exceptions, the Court must know the citizenship of each defendant. *See*
2   *Rosenwald v. Kimberly-Clark Corp.*, No. 24-299, 2025 WL 2715322, at *3 (9th Cir. Sept.
3   24, 2025).

4           For a limited liability company ("LLC"), citizenship is determined by the
5   citizenship of its members, not by its state of organization or principal place of business.
6   *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). LLC
7   ownership must also be traced through each layer "until reaching a natural person or a
8   corporation." *City of E. St. Louis, Ill. v. Netflix, Inc.*, 83 F.4th 1066, 1070 (7th Cir. 2023).

9           Here, Defendant's Notice of Removal is deficient because it alleges only that
10  Defendant is "a Delaware limited liability company with a principal place of business in
11  Arizona." (Doc. 1 at 9 ¶ 33.) That allegation is insufficient because an LLC's citizenship
12  is determined by the citizenship of its members, not by its state of organization or principal
13  place of business. *Johnson*, 437 F.3d at 899.

14          The subsequently filed Disclosure Statement (Doc. 9) does not cure the deficiency.
15  Federal Rule of Civil Procedure ("Rule") 7.1(a)(2) provides that "[i]n an action in which
16  jurisdiction is based on diversity under § 1332(a)," a party must file a disclosure statement
17  naming—and identifying the citizenship of—every individual or entity whose citizenship
18  is attributed to that party. Although Rule 7.1(a)(2) refers to § 1332(a), the Court finds that,
19  as to Defendant, the same disclosure obligation appropriately applies in cases invoking
20  jurisdiction under § 1332(d). Here, the Disclosure Statement lists several parent companies
21  but does not identify the members of Barrett-Jackson Holdings, LLC or the citizenship of
22  those members. Without this information, the Court cannot determine whether minimal
23  diversity exists or whether a CAFA exception may apply.

24  . . . .
25  . . . .
26  . . . .
27  . . . .
28  . . . .

1    **IT IS THEREFORE ORDERED** that, on or before **October 6, 2025**, Defendant

2    Barrett-Jackson Holdings, LLC must file a supplemental jurisdictional statement that

3    (1) identifies each member of Barrett-Jackson Holdings, LLC as of the date of removal,

4    and (2) sets forth the citizenship of each member. Failure to comply may result in remand

5    of this action for lack of subject-matter jurisdiction under 28 U.S.C. § 1447(c).

6    **IT IS FURTHER ORDERED** that on or before **October 6, 2025**, Defendant must

7    file a disclosure statement that fully complies with Rule 7.1 and LRCiv 7.1.1.

8    Dated this 26th day of September, 2025.

9

10

11    Michael T. Liburdi
12    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28